IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHI-CHI'S INC., et al., | ) | Case No. 03-13063 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| SYSCO CORPORATION and | ) | |
| THE SYGMA NETWORK, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 05-52726 |
| | ) | |
| CHI-CHI'S, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**SYSCO CORPORATION'S AND THE SYGMA NETWORK, INC.'S
STATEMENT OF ISSUES AND DESIGNATION OF THE RECORD ON APPEAL**

Sysco Corporation and The SYGMA Network, Inc. (collectively, "Sysco") submit this statement of issues on appeal and designation of items to be included in the record on appeal:

1. On January 19, 2006, the Bankruptcy Court entered a Memorandum of Opinion and Order Dismissing Complaint and an Order Approving Judgment in Favor of Debtor-Defendant, Chi-Chi's and Dismissing Complaint [Docket Nos. 27 and 28] (collectively, the "Order").

2. On January 30, 2006, Sysco filed a Notice of Appeal from the Order pursuant to Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure.

**Statement of Issues on Appeal**

3. Pursuant to Bankruptcy Rule 8006, Sysco hereby designates the following issue to be presented on appeal of the Order:

(a) Did the Bankruptcy Court err by ruling that Chi-Chi's was not barred by Rule 41(a)(1) of the Federal Rules of Civil Procedure from bringing an arbitration claim and/or any other proceedings against Sysco?

**Designation of Items To Be Included in the Record on Appeal**

4. Sysco hereby designates the following items to be included in the record for this appeal:

A. Complaint of Sysco Corporation and the Sygma Network, Inc. to Enjoin Defendant-Debtor Chi-Chi's from Initiating, Continuing and/or Participating in any Additional Actions, Including Arbitration, Against Sysco and Sygma in Connection with the Hepatitis Claims

   Date Filed: September 23, 2005

   Docket No.: 1

B. Motion of Plaintiffs Sysco Corporation and the Sygma Network, Inc. to Enjoin Defendant-Debtor Chi-Chi's, Inc. from Initiating, Continuing and/or Participating in any Additional Actions, Including Arbitration, Against Sysco and Sygma in Connection with the Hepatitis Claims

   Date Filed: September 23, 2005

   Docket No.: 3

C. Memorandum of Law in Support of Motion of Plaintiffs Sysco Corporation and the Sygma Network, Inc. to Enjoin Defendant-Debtor Chi-Chi's, Inc. from Initiating, Continuing and/or Participating in any Additional Actions, Including Arbitration, Against Sysco and Sygma in Connection with the Hepatitis Claims with Exhibits B, D, E and F attached thereto

   Date Filed: September 23, 2005

   Docket No.: 4

   Exhibits A and C to Memorandum of Law in Support of Motion of Plaintiffs Sysco Corporation and the Sygma Network, Inc. to Enjoin Defendant-Debtor Chi-Chi's, Inc. from Initiating, Continuing and/or Participating in any Additional Actions, Including Arbitration, Against Sysco and Sygma in Connection with the Hepatitis Claims with Exhibits B, D, E and F attached thereto

        Date Filed:    September 23, 2005

        Docket No.:    5

D.    Answer to Complaint Sysco Corporation and the Sygma Network, Inc. to Enjoin Defendant-Debtor Chi-Chi's from Initiating, Continuing and/or Participating in any Additional Actions, Including Arbitration, Against Sysco and Sygma in Connection with the Hepatitis Claims

        Date Filed:    October 21, 2005

        Docket No.:    14

E.    Opposition of Plaintiff's Sysco Corporation and the Sygma Network, Inc. Motion to Enjoin Defendant-Debtor Chi-Chi's, Inc. from Initiating, Continuing and/or Participating in any Additional Actions, Including Arbitration, Against Sysco and Sygma in Connection with the Hepatitis Claims

        Date Filed:    October 21, 2005

        Docket No.:    15

F.    Affidavit of Frederic L. Gordon in Support of Defendant Chi-Chi's Opposition of Plaintiff's Sysco Corporation and the Sygma Network, Inc. Motion to Enjoin Defendant-Debtor Chi-Chi's, Inc. from Initiating, Continuing and/or Participating in any Additional Actions, Including Arbitration, Against Sysco and Sygma in Connection with the Hepatitis Claims

        Date Filed:    October 21, 2005

        Docket No.:    16

G.    Notice of Citation to Non-Published Ninth Circuit Opinion in Support of Defendant Chi-Chi's Opposition of Plaintiff's Sysco Corporation and the Sygma Network, Inc. Motion to Enjoin Defendant-Debtor Chi-Chi's, Inc. from Initiating, Continuing and/or Participating in any Additional Actions, Including Arbitration, Against Sysco and Sygma in Connection with the Hepatitis Claims

        Date Filed:    October 21, 2005

        Docket No.:    17

H.     Memorandum of Law in Support of Empire Indemnity Insurance Company d/b/a Zurich's Motion to Intervene in an Adversary Proceeding

    Date Filed:     October 24, 2005

    Docket No.:     19

I.     Proposed Intervenor Empire Indemnity Insurance Company d/b/a Zurich's Motion to Intervene in an Adversary Proceeding

    Date Filed:     October 24, 2005

    Docket No.:     20

J.     Empire Indemnity Insurance Company's Response to Plaintiff's Sysco Corporation and the Sygma Network, Inc. Motion to Enjoin Defendant-Debtor Chi-Chi's, Inc. from Initiating, Continuing and/or Participating in any Additional Actions, Including Arbitration, Against Sysco and Sygma in Connection with the Hepatitis Claims

    Date Filed:     October 24, 2005

    Docket No.:     21

K.     Reply Memorandum in Support of Plaintiff's Sysco Corporation and the Sygma Network, Inc. Motion to Enjoin Defendant-Debtor Chi-Chi's, Inc. from Initiating, Continuing and/or Participating in any Additional Actions, Including Arbitration, Against Sysco and Sygma in Connection with the Hepatitis Claims

    Date Filed:     October 31, 2005

    Docket No.:     24

L.     Memorandum of Opinion and Order Dismissing Complaint

    Date Filed:     January 19, 2006

    Docket No.:     27

M.     Order Approving Judgment in Favor of Debtor-Defendant, Chi-Chi's and Dismissing Complaint

    Date Filed:     January 19, 2006

    Docket No.:     28

N.  Notice of Appeal by Sysco Corporation and The Sygma Network, Inc.

    Date Filed:  January 30, 2006

    Docket No.:  29

    Exhibits A to Notice of Appeal by Sysco Corporation and the Sygma Network, Inc.

    Date Filed:  January 30, 2006

    Docket No.:  30

O.  Transcript of Hearing Before Honorable Randolph Baxter United States Court Judge

    Hearing Date: November 16, 2005 at 1:30 p.m.

Dated: February 9, 2006

COZEN O'CONNOR

_____
Mark E. Felger (#3919)
Jeffrey R. Waxman (#4159)
Chase Manhattan Centre, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

-and-

Philip G. Kircher, Esquire
Aaron Krauss, Esquire
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013

Counsel for Sysco Corporation and
The SYGMA Network, Inc.