IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
|     CHI-CHI'S, INC., et al., | ) | Case No. 03-13063 (KJC) |
| | ) | (Jointly Administered) |
|                 Liquidating Debtors. | ) | |
| _____ | ) | |
| | ) | |
| SYSCO CORPORATION and | ) | |
| THE SYGMA NETWORK, INC., | ) | |
| | ) | |
|                 Plaintiffs, | ) | |
| | ) | Adv. Proc. No. 05-52726 (KJC) |
| v. | ) | |
| | ) | |
| CHI-CHI'S, INC., | ) | |
| | ) | |
|                 Defendant | ) | |
| _____ | ) | |

**APPELLEE CHI-CHI'S, INC.'S COUNTER
DESIGNATION OF THE RECORD ON APPEAL**

      Appellee Chi-Chi's, Inc. ("Chi-Chi's") respectfully submits the following Counter Designation of the Record on Appeal.

<u>Designation of Items to be Included in the Record on Appeal</u>

      Chi-Chi's has no additional items, beyond those designated by appellants Sysco Corporation and The SYGMA Network, Inc. (collectively "Sysco"), to be included in the record on appeal. Chi-Chi's hereby incorporates by reference, in their entirety, those items designated by Sysco to be included in the record for this appeal.

In addition, Chi-Chi's notes that Sysco's Designation incorrectly identified the title of three items, as follows:

The correct title of Item E (Docket No. 15) is "Defendant Chi-Chi's, Inc.'s Opposition to Plaintiffs Sysco Corporation and the Sygma Network, Inc.'s Motion to Enjoin Defendant Debtor Chi-Chi's Inc. from Initiating, Continuing and/or Participating in any Additional Actions, Including Arbitration, Against Them in Connection with the Hepatitis Claims."

The correct title of Item F (Docket No. 16) is "Affidavit of Frederic L. Gordon in Support of Defendant Chi-Chi's, Inc.'s Opposition to Plaintiffs Sysco Corporation and the Sygma Network, Inc.'s Motion to Enjoin Defendant Debtor Chi-Chi's Inc. from Initiating, Continuing and/or Participating in any Additional Actions, Including Arbitration, Against Them in Connection with the Hepatitis Claims."

*[Remainder of Page Intentionally Left Blank]*

The correct title of Item G (Docket No. 17) is "Notice of Citation to Non-Published Ninth Circuit Opinion in Support of Defendant Chi-Chi's, Inc.'s Opposition to Plaintiffs Sysco Corporation and the Sygma Network, Inc.'s Motion to Enjoin Defendant Debtor Chi-Chi's Inc. from Initiating, Continuing and/or Participating in any Additional Actions, Including Arbitration, Against Them in Connection with the Hepatitis Claims."

Dated: February 17, 2006

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

*/s/ Rachel J. Werkheiser*
Laura Davis Jones (DE Bar No. 2436)
Bruce Grohsgal (DE Bar No. 3583)
Rachel Lowy Werkheiser (DE Bar No. 3753)
Sandra G. M. Selzer (DE Bar No. 4283)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

-- and --

GORDON & HOLMES
Frederic L. Gordon, Esq.
Rhonda J. Holmes, Esq.
Douglas J. Billings, Esq.
223 West Date Street
San Diego, CA 92101
Telephone: (619) 696-0444
Facsimile: (619) 696-1144

Counsel for Chi-Chi's, Inc.