

## CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

**Kevin F. Brady**
**TEL**      (302) 888-6257
**FAX**      (302) 255-4257
**EMAIL**    kbrady@cblh.com
**REPLY TO**   Wilmington Office

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

WEB www.cblh.com

April 6, 2006



**By Hand Delivery**

Monica Mosley
U.S. District Court
844 N. King Street
Wilmington, DE 19801

Re:    Appeal: *In re: Chi-Chi's Inc., et al.*
       Case No. 06-169 KAJ

Dear Monica:

On April 5, 2006, I spoke with counsel for the parties in the above-captioned matter. After discussing the potential for mediation, I am convinced that mediation would not be beneficial and it would not resolve the case. As a result, the appeal in this case is ready to proceed.

Yours very truly,

Kevin F. Brady
(Bar No. 2248)

KFB/saj
cc:    Clerk, U.S. District Court
       Laura Davis Jones, Esquire
       Jeffrey R. Waxman, Esquire
       (457279)

cc:    Bernard G. Conaway, Esquire