IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CHI-CHI'S INC., et al., | ) | Case No. 03-13063 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Adv. Pro. No. 05-52726 |
| SYSCO CORPORATION and SYGMA NETWORK, INC., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-169-KAJ |
| | ) | |
| CHI-CHI'S INC., | ) | |
| | ) | |
| Appellee. | ) | |

## ORDER

WHEREAS, the court having been informed that mediation of the captioned matter is complete, and the parties were unsuccessful in resolving their dispute,

IT IS HEREBY ORDERED that the parties shall confer and submit a briefing schedule to the court no later than May 17, 2006.

_____
UNITED STATES DISTRICT JUDGE

May 3, 2006
Wilmington, Delaware