| | | |
|---|---|---|
| PHILADELPHIA<br>ATLANTA<br>CHARLOTTE<br>CHERRY HILL<br>CHICAGO<br>DALLAS<br>LAS VEGAS<br>LONDON<br>LOS ANGELES | <br>**COZEN**<br>**O'CONNOR**<br>ATTORNEYS | NEW YORK<br>NEWARK<br>SAN DIEGO<br>SAN FRANCISCO<br>SEATTLE<br>WASHINGTON, DC<br>WEST CONSHOHOCKEN<br>WILMINGTON |

A PROFESSIONAL CORPORATION

SUITE 1400   CHASE MANHATTAN CENTRE   1201 NORTH MARKET STREET   WILMINGTON, DE 19801-1147
302.295.2000   888.207.2440   302.295.2013 FAX   www.cozen.com

**Jeffrey R. Waxman**
Direct Phone 302.295.2077
jwaxman@cozen.com

May 17, 2006

*Via CM/ECF*
The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

Re:   *Sysco Corporation and SYGMA Network, Inc. v.*
      *Chi-Chi's, Inc.*, Civil Action No. 06-169-KAJ

Dear Judge Jordan:

Pursuant to the Court's May 3, 2006 Order, enclosed please find a proposed order setting a briefing schedule for the above-captioned civil action which was negotiated by and among the parties.

If Your Honor has any questions or concerns regarding the proposed order, counsel is available at the Court's convenience.

Respectfully,

Jeffrey R. Waxman

JRW:mm
Enclosure
cc:   Douglas J. Billings, Esq.
      Rachel Lowy Werkheiser, Esq.
      Bernard G. Conaway, Esq.
      Sarah A. Schultz, Esq.
      Aaron Krauss, Esq.
      *(all via email; w/enc.)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| CHI-CHI'S, INC., *et al.*, | : Case No. 03-13063 |
| | : (Jointly Administered) |
| *Debtors.* | : |
| | : Adv. Pro. No. 05-52726 |
| SYSCO CORPORATION and SYGMA NETWORK, INC., | : |
| | : |
| *Appellants,,* | : |
| | : |
| v. | : Civil Action No. 06-169-KAJ |
| | : |
| CHI-CHI'S, INC., | : |
| | : |
| *Appellee.* | : |

## **ORDER**

WHEREAS, the parties to the above-captioned appeal have conferred with Kevin F. Brady, Esq., the court-appointed mediator, to discuss mediation of this appeal and the parties agreed that this appeal would not be resolved by mediation;

WHEREAS, Mr. Brady sent a letter to this Court dated April 6, 2006, stating that mediation would not be beneficial for the resolution of this appeal;

WHEREAS, on May 3, 2006, the Court entered an Order directing the parties to submit a briefing schedule no later than May 17, 2006;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

The mandatory mediation requirement for the above-captioned appeal is waived.

IT IS FURTHER ORDERED that the parties shall adhere to the following briefing schedule:

Appellants' Opening Brief on appeal shall be filed no later than May 26, 2006.

Answering Briefs by the Appellee and any intervening party on appeal shall be filed no later than June 12, 2006.

Appellants' Reply Brief on appeal shall be filed no later than June 23, 2006.

Dated: May ____, 2006                    _____
                                          UNITED STATES DISTRICT JUDGE

WILM1\34598\1150266.000

2