IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CHI-CHI'S, INC., *et al.*, | : | Case No. 03-13063 |
| | : | (Jointly Administered) |
| *Debtors.* | : | |
| | : | Adv. Pro. No. 05-52726 |
| SYSCO CORPORATION and SYGMA NETWORK, INC., | : | |
| | : | |
| *Appellants,,* | : | |
| | : | |
| v. | : | Civil Action No. 06-169-KAJ |
| | : | |
| CHI-CHI'S, INC., | : | |
| | : | |
| *Appellee.* | : | |

## ORDER

WHEREAS, the parties to the above-captioned appeal have conferred with Kevin F. Brady, Esq., the court-appointed mediator, to discuss mediation of this appeal and the parties agreed that this appeal would not be resolved by mediation;

WHEREAS, Mr. Brady sent a letter to this Court dated April 6, 2006, stating that mediation would not be beneficial for the resolution of this appeal;

WHEREAS, on May 3, 2006, the Court entered an Order directing the parties to submit a briefing schedule no later than May 17, 2006;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

The mandatory mediation requirement for the above-captioned appeal is waived.

IT IS FURTHER ORDERED that the parties shall adhere to the following briefing schedule:

Appellants' Opening Brief on appeal shall be filed no later than May 26, 2006.

Answering Briefs by the Appellee and any intervening party on appeal shall be filed no later than June 12, 2006.

Appellants' Reply Brief on appeal shall be filed no later than June 23, 2006.

Dated: May 17, 2006

_____
UNITED STATES DISTRICT JUDGE

WILM1\34598\1150266.000

2