IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CHI-CHI'S, INC., *et al.*, | Case No. 03-13063 |
| *Debtors.* | (Jointly Administered) |
| | Adv. Pro. No. 05-52726 |
| SYSCO CORPORATION and SYGMA NETWORK, INC., | |
| *Appellants,* | |
| v. | Civil Action No. 06-169-KAJ |
| CHI-CHI'S, INC., | |
| *Appellee.* | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, undersigned counsel moves the admission *pro hac vice* of Philip G. Kircher, Esquire and Aaron Krauss, Esquire to represent Sysco Corporation and SYGMA Network, Inc., in this matter.

/s/ *JWC*
Jeffrey R. Waxman (No. 4159)
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
*Attorneys for Anthony J. Turek*

Date: May 23, 2006

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2006     _____
KENT A. JORDAN
UNITED STATES DISTRICT JUDGE

WILMINGTON\34851\1150266.000

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Supreme Court of the Commonwealth of Pennsylvania; and United States District Court for the Eastern District of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Philip G. Kircher, Esquire
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000

Dated: May 22, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Supreme Courts of the State of New Jersey and Commonwealth of Pennsylvania; United States Court of Appeals, Eleventh Circuit; United States Court of Appeals for the Third Circuit; United States District Court of New Jersey; United States District Court for the Eastern District of Michigan; United States District Court for the Eastern District of Pennsylvania; and United States District Court for Middle District of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Aaron Krauss
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000

Dated: May 22, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CHI-CHI'S, INC., *et al.*, | : | Case No. 03-13063 |
| *Debtors.* | : | (Jointly Administered) |
| | : | Adv. Pro. No. 05-52726 |
| SYSCO CORPORATION and SYGMA NETWORK, INC., | : | |
| *Appellants,*, | : | |
| vi. | : | Civil Action No. 06-169-KAJ |
| CHI-CHI'S, INC., | : | |
| *Appellee.* | : | |

### CERTIFICATE OF SERVICE

I, Jeffrey R. Waxman, Esquire, do hereby certify that on May 23, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

Laura Davis Jones, Esquire
Bruce Groshgal, Esquire
Rachel Lowy Werkheiser, Esquire
Sandra G.M. Selzer, Esquire
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub P.C.
919 North Market Street, 17th Floor
Wilmington, DE 19801

Francis G.X. Pileggi, Jr., Esquire
Bernard George Conaway, Esquire
L. Jason Cornell, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, DE 19801

Richard Dennis Abrams, Esquire
Heckler & Frabizzio, P.A.
800 Delaware Avenue, Suite 200
Wilmington, DE 19801

WILMINGTON\34851\1150266.000

I further certify that on May 23, 2006, I did cause a copy of the foregoing to be mailed via the United States Postal Service to the following non-registered participants:

Frederic L. Gordon, Esquire
Rhonda J. Holmes, Esquire
Douglas J. Billings, Esquire
Gordon & Holmes
223 West Date Street
San Diego, CA 92101

William N. Lobel, Esquire
Alan J. Friedman, Esquire
Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324

_____
Jeffrey R. Waxman (No. 4159)