IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHI-CHI'S, INC., et al., | ) | Case No. 03-13063(JLP) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| _____ | ) | |
| SYSCO CORPORATION and | ) | |
| SYGMA NETWORK, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Adv. No. 05-52726-RB |
| | ) | |
| CHI-CHI'S, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**APPELLEE EMPIRE INDEMNITY INSURANCE COMPANY'S, d/b/a ZURICH, DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

COMES NOW, Empire Indemnity Insurance Company, d/b/a Zurich (hereinafter "Zurich"), by and through its undersigned counsel, Fox Rothschild, LLP, and in accordance with to FEDERAL RULE OF BANKRUPTCY PROCEDURE 8006 and LOCAL RULE OF BANKRUPTCY PROCEDURE 8006-1 hereby responds that it adds nothing to the designation of items to be included in the record previously filed by Appellents Sysco Corporation and The SYGMA Network Inc. on or about February 9, 2006.

                                                                **FOX ROTHSCHILD LLP**

                                                                */S/ Bernard George Conaway, Esquire*
                                                                Francis G. X. Pileggi, Jr., Esquire (DE 2624)
                                                                Bernard George Conaway, Esquire (DE 2856)
                                                                L. Jason Cornell, Esquire (DE 3831)

WM1A 73764v1 02/17/06

        919 N. Market Street, Suite 1300
        P.O. Box 2323
        Wilmington, DE 19899-2323
        (302) 654-7444

        and

        Richard Dennis Abrams, Esquire (DE 2968)
        Heckler & Frabizzio, PA
        800 Delaware Avenue, Suite 200
        Wilmington, DE 19801
        (302) 573-4800

        *Attorneys for Empire Indemnity Insurance Company, d/b/a Zurich,*[1]

DATE: February 17, 2006

---

[1] The firm of Heckler & Frabizzio represents Subrogee as to all claims against the Defendants, whereas Fox Rothschild LLP represents Subrogee as to claims arising solely against Defendant Castellini.

WM1A 73764v1 02/17/06