

# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

SUITE 1400   CHASE MANHATTAN CENTRE   1201 NORTH MARKET STREET   WILMINGTON, DE 19801 1147
302.295.2000    888.207.2440    302.295.2013 FAX    www.cozen.com

July 31, 2007

**Jeffrey R. Waxman**
Direct Phone 302.295.2077
jwaxman@cozen.com

**VIA CM/ECF & HAND DELIVERY**

Peter T. Dalleo
Clerk, United States District Court
844 North King Street
Wilmington, DE 19801

Re:   <u>Sysco Corporation v. Chi-Chi's, Inc.</u>; Case No. 1:06-cv-00169-***

Dear Dr. Dalleo:

  Cozen O'Connor represents Sysco Corporation and The SYGMA Network, Inc. in the above-captioned action which is pending in the District Court. Shortly after Sysco Corporation and The SYGMA Network, Inc. filed the Notice of Appeal on March 14, 2006, the case was assigned to Judge Kent A. Jordan. This matter has been fully briefed since June 23, 2006, however since Judge Jordan's elevation to the Third Circuit Court of Appeals, no judge has been assigned to this case. Pursuant to my conversation with Bob Cruikshank, I am writing to request that the Court assign a judge to the above-captioned civil action at its earliest convenience. Please let me know if you have any questions.

Sincerely,

Jeffrey R. Waxman

JRW:mm
cc: Laura Davis Jones, Esquire
   Francis G.X. Pileggi, Esquire
   Frederic L. Gordon, Esquire
   Richard D. Abrams, Esquire
   William N. Lobel, Esquire