IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Case No. 03-13063 (KJC) |
| | ) |
| CHI-CHI'S INC., | ) Jointly Administered |
| a Delaware corporation, et al., [1] | ) |
| | ) Chapter 11 |
| Debtors. | ) |
| _____ | ) |
| | ) |
| SYSCO CORPORATION and | ) |
| THE SYGMA NETWORK, INC., | ) |
| | ) |
| Appellant, | ) |
| | ) |
| vs. | ) Civil Action No. 06-169 (UNK) |
| | ) Adversary Proc. No. 05-52726 |
| CHI-CHI'S, INC., | ) |
| | ) |
| Appellee. | ) |
| _____ | ) |

## <u>NOTICE OF FIRM NAME CHANGE</u>

**PLEASE TAKE NOTICE THAT** Pachulski Stang Ziehl Young Jones &

Weintraub LLP, counsel to the above-captioned debtors/appellee, has changed its name to

*[remainder of page intentionally left blank]*

---

[1]  The Debtors consist of the following entities:  Chi-Chi's, Inc., CCMR of Cantonsville, Inc., CCMR of Cumberland, Inc., CCMR of Frederick, Inc., CCMR of Greenbelt, Inc., CCMR of Harford County, Inc., CCMR of Maryland, Inc., CCMR of Ritchie Highway, Inc., CCMR of Timonium, Inc., Chi-Chi's of West Virginia, Inc., CMM Dissolution, Inc., Koo Koo Roo, Inc., Maintenance Support Group, Inc., Koo Koo Roo Licensing Systems, Inc., the Hamlet Group, Inc., H.H. of Maryland, Inc. and H.H.K. of Virginia.

Pachulski Stang Ziehl & Jones LLP, effective September 1, 2007. The mailing address and

telephone and fax numbers are unchanged.

Dated: September 5 , 2007

GORDON & HOLMES
Frederic L. Gordon, Esq.
Rhonda J. Holmes, Esq.
Douglas J. Billings, Esq.
223 West Date Street
San Diego, CA 92101
Telephone: (619) 696-0444
Facsimile: (619) 696-1144

- and -

PACHULSKI STANG ZIEHL & JONES LLP

*Rachel L. Werkheiser*

Laura Davis Jones (DE Bar No. 2436)
Bruce Grohsgal (DE Bar No. 3583)
Rachel Lowy Werkheiser (DE Bar No. 3753)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Counsel to William Kaye, as Liquidating Trustee
for the Chi-Chi's, Inc., *et al*. Liquidating Trust

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Case No. 03-13063 (KJC) |
| | ) |
| CHI-CHI'S INC., | ) Jointly Administered |
| a Delaware corporation, et al., [1] | ) |
| | ) Chapter 11 |
| Debtors. | ) |
| _____ | ) |
| | ) |
| SYSCO CORPORATION and | ) |
| THE SYGMA NETWORK, INC., | ) |
| | ) |
| Appellant, | ) |
| | ) |
| vs. | ) Civil Action No. 06-169 (UNK) |
| | ) Adversary Proc. No. 05-52726 |
| CHI-CHI'S, INC., | ) |
| | ) |
| Appellee. | ) |
| _____ | ) |

## <u>AFFIDAVIT OF SERVICE</u>

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss |
| COUNTY OF NEW CASTLE | ) |

      Kathleen Forte Finlayson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel for the Debtors/Appellee, in the above-captioned action, and that on the 5th day of September 2007, she caused a copy of the following document to be served upon the attached service lists in the manner indicated:

---

[1] The Debtors consist of the following entities:  Chi-Chi's, Inc., CCMR of Cantonsville, Inc., CCMR of Cumberland, Inc., CCMR of Frederick, Inc., CCMR of Greenbelt, Inc., CCMR of Harford County, Inc., CCMR of Maryland, Inc., CCMR of Ritchie Highway, Inc., CCMR of Timonium, Inc., Chi-Chi's of West Virginia, Inc., CMM Dissolution, Inc., Koo Koo Roo, Inc., Maintenance Support Group, Inc., Koo Koo Roo Licensing Systems, Inc., the Hamlet Group, Inc., H.H. of Maryland, Inc. and H.H.K. of Virginia.

**Notice of FirmName Change**

_Kathleen Finlayson_
Kathleen Forte Finlayson

Sworn to and subscribed before
me this ___ day of September 2007

Notary Public _Vanessa A. Preston_
My Commission Expires: _03-21-08_

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2008

**SPECIAL SERVICE LIST**
**SEPTEMBER 5, 2007**

*Via Hand Delivery*
*(counsel for Sysco Corporation)*
Mark E. Felger, Esquire
Jeffrey R. Waxman, Esquire
Cozen O'Connor
1201 North Market Street, Ste 1400
Wilmington, DE  19801

*Via Hand Delivery*
*(counsel for Empire Indemnity Insurance*
  *Company, d/b/a Zurich)*
Bernard George Conaway, Esquire
L. Jason Cornell, Esquire
Fox Rothschild LLP
919 N. Market St., Ste 1300
Wilmington, DE  19801

*Via Hand Delivery*
*(counsel for Empire Indemnity Insurance*
  *Company, d/b/a Zurich)*
Richard Dennis Abrams, Esquire
Heckler & Frabizzio, PA
800 Delaware Avenue
Wilmington, DE  19801

*Via First Class Mail*
*(counsel for Sysco Corporation)*
Philip G. Kircher, Esquire
Aaron Krauss, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

*Via First Class Mail*
Gary Becker, Esquire
Dinsmore & Shol LLP
255 East Fifth Street
Cincinnati, OH  45202

13894-001\DOCS_DE:112382.1

Chi-Chi's Core Group Service List
Case No. 03-13063
September 5, 2007
Document No. 81488
003 – Hand Delivery
002 – First Class Mail


(Counsel to Liquidating Trustee)
Laura Davis Jones, Esquire
Bruce Grohsgal, Esquire
Rachel Lowy Werkheiser, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Hand Delivery**
(Parcels)
Vito I. DiMaio
Parcels, Inc.
230 N. Market Street
Wilmington, DE  19801

**Hand Delivery**
(United States Trustee)
David Klauder, Esquire
844 North King Street, Room 2207
Wilmington, DE  19801

**Hand Delivery**
(Counsel to the OCUC)
Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
913 N. Market Street, 12th Floor
Wilmington, DE  19801

**First Class Mail**
(Former Counsel to Debtors)
William N. Lobel, Esquire
Alan J. Friedman, Esquire
Michael D. Neue, Esquire
Evan Borges, Esquire
Irell & Manella LLP
840 Newport Center Drive, Ste 400
Newport Beach, CA  92660

**First Class**
(Counsel to Liquidating Trustee)
Charles R. Gibbs, Esquire
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue Suite 4100
Dallas, TX  75201-4675


13894-001\DOCS_DE:81488.1