IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHI-CHI'S INC., et al., | ) | Case No. 03-13063 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| SYSCO CORPORATION and | ) | |
| THE SYGMA NETWORK, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-169 *** |
| | ) | |
| CHI-CHI'S, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## AGREEMENT AND REQUEST TO DISMISS APPEAL
## PURSUANT TO FED. R. BANKR. P. 8001(C)(2)

Pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), the undersigned parties hereby agree to dismiss the above-captioned appeal and respectfully request that the Court enter the proposed order, attached hereto as Exhibit A, dismissing this appeal with prejudice. The parties further agree that each of the parties shall bear its own costs and attorneys' fees incurred in this appeal.

Dated: December 10, 2007

*[Signatures On Next Page]*

| | |
|---|---|
| COZEN O'CONNOR | PACHULSKI STANG ZIEHL & JONES LLP |
| /s/ *illegible* | /s/ Brown |
| Mark E. Felger (No. 3919) | Laura Davis Jones (No. 2436) |
| Jeffrey R. Waxman (No. 4159) | Bruce Grohsgal (No. 3583) |
| Chase Manhattan Center | Rachel Lowy Werkheiser (No. 3753) |
| 1201 N. Market Street, Suite 1400 | |
| Wilmington, DE 19801 | 919 North Market Street, 17th Floor |
| Telephone: (302) 295-2000 | Wilmington, DE 19801 |
| | Telephone: (302) 652-4100 |
| - and – | |
| | - and – |
| Philip G. Kircher, Esquire | |
| Aaron Krauss, Esquire | Frederic L. Gordon, Esquire |
| COZEN O'CONNOR | Rhonda J. Holmes, Esquire |
| 1900 Market Street | Douglas J. Billings, Esquire |
| Philadelphia, PA 19103 | GORDON & HOLMES |
| Telephone: (215) 665-2000 | 223 West Date Street |
| | San Diego, CA 92101 |
| *Counsel to Appellants, Sysco Corporation and The SYGMA Network, Inc.* | Telephone: (619) 696-0444 |
| | *Counsel to Appellee, William Kaye, as Liquidating Trustee for the Chi-Chi's, Inc., et al. Liquidating Trust* |

FOX ROTHSCHILD LLP

_____
Francis G.X. Pileggi, Jr. (No. 2624)
Bernard George Conaway (No. 2856)
919 North Market Street, Suite 1300
Wilmington, DE 19801
Telephone: (302) 654-7444

    - and –

Richard Dennis Abrams, Esquire
HECKLER & FRABIZZIO, P.A.
800 Delaware Avenue, Suite 200
Wilmington, DE 19801
Telephone: (302) 573-4800

*Counsel to Empire Indemnity Insurance Company, Subrogee of the Debtors*

        SO ORDERED this ____ day of _____, 2007.

                                    _____
                                                J.

2

| COZEN O'CONNOR | PACHULSKI STANG ZIEHL & JONES |
|---|---|
| Mark E. Felger (No. 3919)<br>Jeffrey R. Waxman (No. 4159)<br>Chase Manhattan Center<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 295-2000 | Laura Davis Jones (No. 2436)<br>Bruce Grohsgal (No. 3583)<br>Rachel Lowy Werkheiser (No. 3753)<br>Sandra G. M. Selzer (No. 4283)<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-4100 |
| – and – | – and – |
| Philip G. Kircher, Esquire<br>Aaron Krauss, Esquire<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 665-2000 | Frederic L. Gordon, Esquire<br>Rhonda J. Holmes, Esquire<br>Douglas J. Billings, Esquire<br>GORDON & HOLMES<br>223 West Date Street<br>San Diego, CA 92101<br>Telephone: (619) 696-0444 |
| *Counsel to Appellants, Sysco Corporation and The SYGMA Network, Inc.* | *Counsel to Appellee, William Kaye, as Liquidating Trustee for the Chi-Chi's, Inc., et al. Liquidating Trust* |

FOX ROTHSCHILD LLP

Francis G.X. Pileggi, Jr. (No. 2624)
Bernard George Conaway (No. 2856)
919 North Market Street, Suite 1300
Wilmington, DE 19801
Telephone: (302) 654-7444

– and –

Richard Dennis Abrams, Esquire
HECKLER & FRABIZZIO, P.A.
800 Delaware Avenue, Suite 200
Wilmington, DE 19801
Telephone: (302) 573-4800

*Counsel to Empire Indemnity Insurance Company, Subrogee of the Debtors*

SO ORDERED this ____ day of _____, 2007.

_____
J.